# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUND RECOVERY SERVICES, LLC<br><br>PLAINTIFF(S)<br><br>v.<br><br>SHORESIDE SPV FUNDING I, LLC , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:18−cv−03775−DSF−JC<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 5/4/2018 | 1 | Notice of Removal |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Attachment 5 Certificate of Interested Parties, and Attachment 6 Civil Cover Sheet should have been e−filed separately and in their own event category. Certificate of Interested Parties event is located under Civil Events Other Filings Notices. Civil Cover Sheet event is located under Civil Events Other Filings Miscellaneous Filings. No further action is required unless the Court so directs.

Clerk, U.S. District Court

Dated: May 7, 2018       By: /s/ *Carmen Reyes*
                  Deputy Clerk

– NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING –