1  Jeffrey M. Goldman (State Bar No. 233840)
2  goldmanj@pepperlaw.com
   Luke N. Eaton (State Bar No. 280387)
3  eatonl@pepperlaw.com
4  **PEPPER HAMILTON LLP**
   350 South Grand Avenue, Suite 3400
5  Los Angeles, CA 90071
6  Telephone: 213.928.9800
   Facsimile: 213.928.9850
7
8  Attorneys for Plaintiff
   Fund Recovery Services, LLC
9

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUND RECOVERY SERVICES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SHORESIDE SPV FUNDING I, LLC, California limited liability company; SHORESIDE LOANS, LLC, a California limited liability company; DYLAN C. COHEN, an individual; RICHARD COHEN, an individual, and DOES 1 through 40, inclusive<br><br>Defendant. | Case No. 2:18-cv-03775<br><br>**DECLARATION OF JACK COOK IN SUPPORT OF MOTION TO TRANSFER VENUE OF REMOVED ACTION PURSUANT TO 28 U.S.C. § 1412 AND/OR 28 U.S.C. § 1404** |

1
DECLARATION OF JACK COOK

I, Jack Cook, declare as follows:

1. I am the CEO of Plaintiff Fund Recovery Services, LLC ("FRS").

2. I make this declaration based upon personal knowledge in support of plaintiff FRS' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1412 and/or 28 U.S.C. § 1404.

3. On or about January 3, 2018, FRS commenced an action in the California Superior Court, Los Angeles County, Case No. BC689129 against defendants Shoreside I, Shoreside Loans, Dylan Cohen and Richard Cohen seeking money damages as a result of Defendants' breach of contract (Counts 1 and 2), breach of fiduciary duty (Count 3), intentional interference with contractual relations (Count 4), and aiding and abetting (Count 5), all of which stems from Defendants' breaches and tortious actions related to the Loan Agreements (the "Los Angeles Action"). A true and correct copy of the Complaint is attached hereto as **Exhibit 1**.

4. On or about March 27, 2015, FRS's predecessor-in-interest, Princeton Alternative Income Fund, LP ("PAIF"), established a line of credit in favor of defendant Shoreside SPV I, LLC ("Shoreside I"). The financing terms were memorialized by that certain Loan and Security Agreement (the "Loan Agreement"). (Ex. 1, Complaint ¶¶ at 11-13.)

5. Simultaneously with the execution of the Loan Agreement, Shoreside I executed and delivered to PAIF a revolving loan note (the "Note"). (Ex. 1, Complaint at ¶ 42.)

6. On November 10, 2015 Shoreside I and PAIF entered into a revised revolving loan note (the "Revised Note"). (Ex. 1, Complaint at ¶ 46.)

7. On or about, March 23, 2015, as an inducement to PAIF to loan Shoreside I money, Shoreside Loans, LLC ("Shoreside Loans") executed a Guaranty and Suretyship Agreement (the "Guaranty Agreement") in favor of PAIF. (Ex. 1, Complaint at 48.)

8. The Loan Agreement, the Guaranty Agreement, the Note, and the Revised Note (collectively, the "Loan Documents") from which this action arises, all state that the parties to those agreements "irrevocably consent and submit to . . . the jurisdiction of . . . the United States District Court for the District of New Jersey, Mercer County Vicinage . . . and waive any objection based on venue or forum non conveniens with respect to any action instituted therein arising under this Agreement . . . whether in contract, tort, equity or otherwise, and agree that any dispute with respect to any such matters shall be heard only in the courts described above . . . ." Loan Agreement Section 11.1(b) (attached to Complaint as Exh. B); Guaranty Agreement ¶ 36 (attached to Complaint as Exh. E); the Note at 2 (attached to Complaint as Exh. C); the Revised Note at 2 (attached to Complaint as Exh. H.)

9. On or about September 14, 2016, PAIF assigned all of its rights, title and interests under the Loan Documents to FRS. (Ex. 1, Complaint, at Ex. A.)

10. On March 9, 2018, PAIF filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey, under Lead Case No: 18-14603 (MBK).

11. PAIF is the sole member of FRS. PAIF is funding all of the expenses, including but not limited to legal fees, incurred by Plaintiff in the Los Angeles Action. All funds recovered in this action will inure to the benefit of PAIF.

12. On May 4, 2018, FRS filed a Notice of Removal of the Los Angeles Action to this Court pursuant to 28 U.S.C. §1452 and Fed. R. Bankr. P. Rule 9027 by the filing of a Notice of Removal. A copy of the Notice of Removal is attached hereto as **Exhibit 2**.

13. Plaintiff's principal place of business is located in Princeton, New Jersey. Much of the physical evidence and most of the witnesses relevant to the Los Angeles Action will be located in New Jersey.

1     I declare under penalty of perjury under the laws of the United States of
2 America that the foregoing is true and correct.

3

4     Executed on: May 7, 2018, at Princeton, New Jersey.

*/s/ Jack Cook, CEO*

Jack Cook